**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **STOA RE LLC AND NICHOLAS STAROBIN** | * | **CIVIL ACTION NO: 3:24-cv-00829** |
| | * | |
| **VERSUS** | * | **JUDGE BRIAN A. JACKSON** |
| **ALLIED WORLD SURPLUS LINES INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |
| | * | |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, STOA RE LLC and Nicholas Starobin, and Defendant, Allied World Surplus Lines Insurance Company, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Mark G. Montiel, Jr.*
Mark G. Montiel, Jr. (#36122)
Shelby S. Talley (#39050)
Jack F. Griffin (#40382)
Landis R. Silva (#40642)
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Facsimile: (504) 308-0511
mmontiel@montielhodge.com
stalley@montielhodge.com
jgriffin@montielhodge.com
lsilva@montielhodge.com

*Attorneys For Stoa RE LLC and Nicholas Starobin*

/s/ Michael A. Balascio
Michael A. Balascio, 33715
R. Chad Thornton, 40970
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana  70112
Telephone:  504-589-9700
Facsimile:  504-589-9701
mbalascio@barrassousdin.com
cthornton@barrassousdin.com

*Attorneys for Allied World Surplus Lines Insurance Company*

#4084087v2