# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**STOA RE LLC, ET AL.**                                         CIVIL ACTION

**VERSUS**

**ALLIED WORLD SURPLUS LINES**                    NO. 24-00829-BAJ-SDJ
**INSURANCE COMPANY**

## JUDGMENT

Considering the parties' **Joint Stipulation of Dismissal With Prejudice (Doc. 36)** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 29th day of May, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**